IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RANKIN, et al.,

    Plaintiffs,

v.

SALDUTTI, LLC, et al.,

    Defendants.

CIVIL ACTION
NO. 19-1508

## ORDER

**AND NOW**, this 17th day of January 2020, upon consideration of Defendant Customers Bank's Motion to Dismiss (Doc. No. 13), Plaintiffs' Response in Opposition to the Motion to Dismiss (Doc. No. 16), Defendant Customers Bank's Reply to the Response to the Motion to Dismiss (Doc. No. 21), and in accordance with the Court's Opinion issued this day, it is **ORDERED** that Customers Bank's Motion to Dismiss (Doc. No. 13) is **GRANTED**. Plaintiffs' TILA claim in Count II of the Complaint is **DISMISSED**.

BY THE COURT:

/s/ Joel Slomsky
JOEL H. SLOMSKY, J.