IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID AND DINA RANKIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SALDUTTI, LLC a/k/a SALDUTTI LAW, LLC a/k/a SALDUTTI LAW GROUP, et al.,<br><br>Defendants. | No. 2:19-cv-01508-JHS |

## NOTICE OF SETTLEMENT AND JOINT REQUEST TO STAY CASE

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs, David and Dina Rankin (collectively, "Plaintiffs") and Defendants, Saldutti, LLC a/k/a Saldutti Law, LLC a/k/a Saldutti Law Group, William F. Saldutti, III, Robert L. Saldutti ("Salutti Defendants") (collectively, the "Parties") are pleased to inform the Court that they have reached a settlement in principle. The Parties are currently finalizing a Settlement Agreement that would resolve this action. The Parties will endeavor to file a FRCP 41 stipulation of dismissal by or before August 5, 2020.

In light of the Parties agreement in principle, the Parties respectfully request that the Court stay all further matters in this action, including all Rule 26(f) requirements and the Pre-Trial Conference currently scheduled for August 5, 2020.

The Parties appreciate the Court's continued attention to this matter.

Dated: July 31, 2020

Respectfully Submitted:

*/s/ Jonathan Shub*
Jonathan Shub (PA #53965)
Kevin Laukaitis (PA #321670)
Shub Law Firm LLC
134 Kings Highway E
2nd Floor
Haddonfield, NJ 08033
T: (856) 772-7200
jshub@shublawyers.com
klaukaitis@shublawyers.com

Predrag Filipovic (PA #312568)
**LAW OFFICES OF PREDRAG FILIPOVIC**
1735 Market Street, Suite 3750
Philadelphia, PA 19103
Phone: 267-265-0520
pfesq@ifight4justice.com

*Attorneys for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I certify that I caused Plaintiffs' Notice of Settlement and Joint Request to Stay Case to be served on all parties and counsel of record by filing it with this Court's ECF system on July 31, 2020.

/s/ *Jonathan Shub*
Jonathan Shub

*Attorneys for Plaintiffs*