IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID AND DINA RANKIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SALDUTTI, LLC, a/k/a SALDUTTI LAW LLC a/k/a SALDUTTI LAW GROUP, et al.<br><br>Defendants. | No: 2:19-cv-01508-JHS |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs David and Dina Rankin ("Plaintiffs"), by and through counsel, and Defendants Saldutti, LLC a/k/a Saldutti Law, LLC a/k/a Saldutti Law Group, William Saldutti, III, and Robert L. Saldutti (collectively "Saldutti Defendants"), by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Plaintiffs' claims as to the Saldutti Defendants only in the above-captioned action in their entirety with prejudice. Each party shall bear its own costs and expenses.

Date: September 28, 2020                    Respectfully submitted,

/s/ Jonathan Shub                           /s/ Stephen G. Keim
Jonathan Shub (PA #53965)                   Stephen G. Keim (PA# 309712)
Kevin Laukaitis (PA #321670)                Marshall Dennehey Warner Coleman
Shub Law Firm LLC                           & Goggin, P.C.
134 Kings Highway E.                        2000 Market Street, Suite 2300
2nd Floor                                   Philadelphia, PA 19103
Haddonfield, New Jersey 08033               Phone: (484) 895-2317
Phone: 856-772-7200                         Fax: (484) 895-2303
Email: jshub@shublawyers.com                Email: sgkeim@mdwcg.com
Klaukaitis@shublawyers.com

                                            *Attorney for Saldutti Defendants*

*/s/ Predrag Filipovic*
Predrag Filipovic (PA #312568)
**LAW OFFICES OF PREDRAG FILIPOVIC**
1735 Market Street, Suite 3750
Philadelphia, PA 19103
Phone: 267-265-0520
pfesq@ifight4justice.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the date set forth below I caused a true and correct copy of the foregoing Joint Stipulation of Dismissal with Prejudice to be electronically filed pursuant to the Court's electronic court filing system and thereby served on all counsel of record, and that the filing is available for downloading and viewing from the electronic court filing system.

        */s/ Jonathan Shub*
        Jonathan Shub