IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RANKIN, et al.,

        Plaintiffs,

v.

SALDUTTI, LLC, et al.

        Defendants.

CIVIL ACTION
NO. 19-1508

**ORDER**

**AND NOW**, this 3rd day of March 2021, upon consideration of the letter sent to the Court from Plaintiff's counsel, Jonathan Shub, Esquire, (Doc. No. 36), informing the Court that the above-captioned case can be dismissed, it is **ORDERED** as follows:

1. The action is **DISMISSED WITH PREJUDICE** pursuant to EDPA Local Rule 41.1(b).
2. The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.